UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| UNITED STATES OF AMERICA, | CIVIL NO. 5:16-CV-187-KKC-EBA |
|---|---|
| Plaintiff, | CRIMINAL NO. 5:10-CR-28-KKC-EBA-1 |
| V. | ORDER |
| MARK WALTON RUSH, | |
| Defendant. | |

This matter is before the Court on the report and recommendation of United States Magistrate Judge Edward B. Atkins (DE 88) regarding defendant Mark Walton Rush's motion to vacate under 28 U.S.C. § 2255 (DE 61). No objections have been filed to Magistrate Judge Atkins' report and recommendation.

Accordingly, and having reviewed the recommended disposition and agreeing with the analysis therein, it is hereby **ORDERED** that the recommendation (DE 88) is **ADOPTED** as the Court's opinion, and that defendant Rush's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (DE 61) is **DENIED**.

Further, the Court finds that no certificate of appealability shall issue because Rush has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(3).

A separate judgment shall issue.

Dated April 26, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1